No. 895, Misc. BELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States. 

No. 901, Misc. HUSKA *v.* GARDNER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold* for respondent. 

No. 903, Misc. RESTREPO *v.* SAULS. Sup. Ct. Fla. Certiorari denied.

No. 908, Misc. JENKINS *v.* BEBEAU ET AL. C. A. 6th Cir. Certiorari denied.

No. 909, Misc. FULFORD *v.* SMITH, WARDEN. Super. Ct. Ga., Tattnall County. Certiorari denied.

No. 910, Misc. MURRAY *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 912, Misc. HAYES *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied. *George F. McCanless,* Attorney General of Tennessee, and *Thomas E. Fox,* Deputy Attorney General, for respondent.

No. 913, Misc. ANZAI, GUARDIAN *v.* HAWAII. Sup. Ct. Hawaii. Certiorari denied. *Helen B. Ryan* for petitioner. *Bert T. Kobayashi,* Attorney General of Hawaii, and *Clinton R. Ashford,* Special Deputy Attorney General, for respondent. 

No. 915, Misc. HUDGINS *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.